IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DANNY ALLEN GREEN,

    Petitioner,

v.        CASE NO. 1:09-cv-00204-MP-AK

WALTER A. McNEIL,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 37, Petitioner's motion for immediate release from custody, Doc. 44, Petitioner's motion for "emergency hearing and summary judgment for immediate discharge from custody or release on bail," and Doc. 45, Petitioner's motion for default judgment and for emergency hearing and summary judgment. All of these motions are, in substance, arguments in support of the merits of Petitioner's habeas corpus claims and in opposition to Respondent's argument that at least some of Petitioner's claims are procedurally barred. The Court has previously denied several similar motions filed by Petitioner, and has advised Petitioner that his Petition would be resolved by the Court in due course, consistent with the Court's docket. *See* Docs. 12, 19, 25. Habeas corpus cases are normally resolved in the order in which they are filed with the Court. Petitioner has presented no grounds that merit advancing his case ahead of earlier-filed cases. Petitioner's continued attempts to obtain expedited review of his petition are not well-taken. The filing of repetitive motions asserting arguments that have already been rejected by the Court strains scarce judicial resources and will

not be permitted.  Accordingly, it is

**ORDERED AND ADJUDGED:**

1.  The motions, Docs. 37, 44, and 45 are **DENIED**.

2.  Any further motions filed by Petitioner seeking expedited consideration of his petition will be stricken from the record.

**DONE AND ORDERED** this  *13th*   day of May, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge