IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DANNY ALLEN GREEN,

    Petitioner,

v.                                        CASE NO. 1:09-cv-00204-MP -GRJ

WALTER A MCNEIL,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 54, Petitioner's motion for a hearing on one of the claims in his pending § 2254 petition: that the state court of conviction lacked jurisdiction to enter judgment against him. The Court has previously denied several similar motions filed by Petitioner, and by orders entered on May 13, 2010 (Doc. 47) and July 8, 2010 (Doc. 51), Judge Paul advised Petitioner that his petition would be resolved by the Court in due course, consistent with the Court's docket, and that further repetitive motions seeking relief on the merits of his habeas claims would be stricken from the record. Upon consideration of the instant motion, the Court finds that it was filed in contravention of the Court's prior orders.

Accordingly, it is **ORDERED:**

That the motion, Doc. 54, is hereby **STRICKEN.**

**DONE AND ORDERED** this 20th day of September 2010.

                                                  *s/ Gary R. Jones*
                                                  GARY R. JONES
                                                  United States Magistrate Judge