IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DANNY ALLEN GREEN,

    Petitioner,

v.                                              CASE NO. 1:09-cv-204-MP-GRJ

WALTER A. MCNEIL,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 64, a motion styled as a "Motion To Seal Previous Filing In Which Witness Names Show," which the Court construes as a motion to seal. Petitioner previously filed a motion (Doc. 62) that the Court ordered stricken from the record. (Doc. 63.) In Petitioner's motion to seal Petitioner requests the Court to seal the previously filed motion because the motion contains "witness names that should not be open to public viewing." (Doc. 64 p. 1) Other than that statement, the Petitioner does not offer any further reasons or any legal justification for sealing he motion.

Sealing of court records is highly disfavored. Brown v. Advantage Engineering, Inc., 960 F.2d 1013, 1015-16 (11th Cir. 1992). Records may only be sealed where a party shows a compelling interest in doing so, and where the sealing is narrowly tailored to effect that interest. Id. "[B]efore sealing a document, the district court must identify and articulate 'an overriding interest based on findings that [a seal] is essential to preserve higher values and is narrowly tailored to serve that interest. The interest is to be articulated along with findings specific enough that a reviewing court can determine whether the [sealing] order was properly entered.'" Dees v. Hydradry, Inc., 706 F. Supp.

2d 1227, 1245 (M.D. Fla. 2010)(quoting <u>Press-Enterprise Co. v. Superior Court of California</u>, 464 U.S. 501, 510, 104 S.Ct. 819, 78 L.Ed.2d 629 (1984)).

Because Petitioner has failed to provide any explanation, reasons or grounds – other than his assertion that the motion contains the names of witnesses – why this document should be filed under seal, Petitioner's motion is due to be denied.

Accordingly, upon due consideration, it is **ORDERED** that:

Petitioner's "Motion To Seal Previous Filing In Which Witness Names Show" (Doc. 64) is **DENIED.**

**DONE AND ORDERED** this 31st  day of May 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge