IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DANNY ALLEN GREEN,

      Petitioner,

v.                                              CASE NO. 1:09-cv-00204-MP-GRJ

WALTER A MCNEIL,

      Respondent.

_____/

# O R D E R

      This matter is before the Court on Doc. 61, the petitioner's latest attempt to expedite the consideration of 28 U.S.C. § 2254 petition.  This time, the petitioner seeks reconsideration of the Magistrate Judge's order (Doc. 60) properly striking various pleadings which seek to expedite his case.  Such efforts are counterproductive to expediting anything and have been previously forbidden.  Nothing in the instant motion supports a contrary view.

      **ORDERED AND ADJUDGED:**

      The motion for reconsideration, Doc. 61, is denied.

      **DONE AND ORDERED** this *22nd* day of June, 2011

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge